# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

MARIA R. METCALF
PLAINTIFF
vs
AuroraLoanServicesLLC,
a California limited
Liability Company,

FILED
08 MAY 15 PM 12:28
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
               DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0872 WQH RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

MARIA R. METCALF
954 SURREY DR.
BONITA, CA 91902, (619) 399-1066

An answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 15 2008

W. Samuel Hamrick, Jr.
CLERK                                           DATE
J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)