PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile:  (619) 590-1385
E-Mail: tabbott@piteduncan.com

Attorneys for Plaintiff
AURORA LOAN SERVICES, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MARIA R. METCALF, <br><br> Defendant. | Case No. 3:08-CV-00872-WQH-RBB <br><br> **NOTICE OF MOTION AND MOTION TO REMAND** <br><br> Date:          August 11, 2008 <br> Time:          11:00 a.m. <br> Courtroom:   4 <br><br> **NO ORAL ARGUMENT WILL BE HEARD [CivLR 7.1(d)1]** |

TO DEFENDANT AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **August 11, 2008 at 11:00 a.m.**, or as soon thereafter as the matter may be heard in the above-entitled court, located at 940 Front Street, San Diego, California 92101-8900, plaintiff AURORA LOAN SERVICES, LLC will move the court to remand the action pursuant to 28 U.S.C. § 1447(c) on the grounds that defendant failed to comply with the statutory requirements for removal pursuant to 28 U.S.C. § 1446(a) and (b) and there is no Federal question jurisdiction in this matter as the state court complaint contains neither: (1) a cause of action created by federal law; nor (2) a right to relief necessarily dependant on a resolution of a substantial question of federal law.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

1   / / /
    Dated:  June 9, 2008                          PITE DUNCAN, LLP

2

3

4                                        By: ___/s/ Thomas N. Abbott_____
                                                THOMAS N. ABBOTT
                                        Attorneys for Plaintiff AURORA LOAN
5                                        SERVICES, LLC
                                        E-mail: tabbott@piteduncan.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28