```
 1  PETER J. SALMON (SBN 174386)
    MICHELLE A. MIERZWA (SBN 196175)
 2  THOMAS N. ABBOTT (SBN 245568)
    PITE DUNCAN, LLP
 3  525 E. Main Street
    P.O. Box 12289
 4  El Cajon, CA 92022-2289
    Telephone: (619) 590-1300
 5  Facsimile:  (619) 590-1385
    E-Mail: tabbott@piteduncan.com
 6
    Attorneys for Plaintiff AURORA LOAN SERVICES, LLC
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| AURORA LOAN SERVICES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARIA R. METCALF,<br><br>Defendant. | Case No. 3:08-CV-00872-WQH-RBB<br><br>**PROOF OF SERVICE** |
|---|---|

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 525 East Main Street, El Cajon, California 92020.

On June 10, 2008, I electronically filed and mail served the following document(s):

**Notice Of Motion And Motion To Remand**
**Memorandum Of Points And Authorities In Support Of Motion**
**To Remand**

on the parties in this action addressed as follows:

Maria R. Metcalf
954 Surrey Drive
Chula Vista, CA 91902

/././

/././

/././

/././

1     I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed June 10, 2008, at San Diego, California.

    */s/ Valerie Blake*
    VALERIE BLAKE