```
PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile:  (619) 590-1385
E-Mail: tabbott@piteduncan.com
```

Attorneys for Plaintiff AURORA LOAN SERVICES, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| AURORA LOAN SERVICES LLC, a California limited liability company, Plaintiff, v. MARIA R. METCALF, Defendant. | Case No. 3:08-CV-00872-WQH-RBB  **NOTICE OF ATTORNEY APPEARANCE** |
|---|---|

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff AURORA LOAN SERVICES, LLC, hereby enters the undersigned appearance in the above-entitled action and requests that notice of all further proceedings in said action be served upon the undersigned attorney at the address stated below.

Dated:  June 13, 2008

PITE DUNCAN, LLP

 s/ Thomas N. Abbott
THOMAS N. ABBOTT
Attorneys for Plaintiff
AURORA LOAN SERVICES, LLC
E-mail: tabbott@piteduncan.com

-1-

1662591.wpd