```
 1 | JOHN D. DUNCAN (SBN 179560)
   | PETER J. SALMON (SBN 174386)
 2 | THOMAS N. ABBOTT (SBN 245568)
   | PITE DUNCAN, LLP
 3 | 525 E. Main Street
   | P.O. Box 12289
 4 | El Cajon, CA 92022-2289
   | Telephone: (619) 590-1300
 5 | Facsimile:  (619) 590-1385
   | E-Mail: mmierzwa@piteduncan.com
 6 |
   | Attorneys for Plaintiff AURORA LOAN SERVICES, LLC
 7 |
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AURORA LOAN SERVICES LLC, a California limited liability company, | Case No. 3:08-CV-00872-WQH-RBB |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| MARIA R. METCALF, | |
| Defendant. | |

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 525 East Main Street, El Cajon, California 92020. On July 21, 2008, I electronically filed and mail served the following document(s):

**DEFENDANTS AURORA LOAN SERVICES, LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC'S REPLY BASED ON NON OPPOSITION TO THE MOTION TO DISMISS**

on the parties in this action addressed as follows:

Maria R. Metcalf
954 Surrey Drive
Chula Vista, CA 91902

/./.

/./.

/./.

1     I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed July 21, 2008 at San Diego, California.

_____
VALERIE BLAKE