1 PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
2 THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
3 525 E. Main Street
P.O. Box 12289
4 El Cajon, CA 92022-2289
Telephone: (619) 590-1300
5 Facsimile: (619) 590-1385
E-Mail: tabbott@piteduncan.com
6
Attorneys for Defendant
7 AURORA LOAN SERVICES LLC

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 AURORA LOAN SERVICES LLC, a California limited liability company, | Case No. 3:08-CV-00872-WQH-RBB |
| 11 | **WITHDRAWAL OF DOCUMENT** |
| 12      Plaintiff, | |
| 13   v. | |
| 14 MARIA R. METCALF, | |
| 15      Defendant. | |

16     Defendant, AURORA LOAN SERVICES LLC, by and through it's attorney, Pite Duncan,

17 LLP, hereby withdraws Document Number 9 filed July 21, 2008, via ECF.

18 Dated: July 24, 2008                    PITE DUNCAN, LLP

19
                                          By: ___/s/ Thomas N. Abbott___
20                                            THOMAS N. ABBOTT
                                              Attorneys for Defendants
21                                            AURORA LOAN SERVICES LLC
                                              E-mail: tabbott@piteduncan.com
22

23

24

25

26

27

28

-1-
WITHDRAWAL OF DOCUMENT                                                              1676140.wpd