PETER J. SALMON (SBN 174386)
MICHELLE A. MIERZWA (SBN 196175)
THOMAS N. ABBOTT (SBN 245568)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
E-Mail: tabbott@piteduncan.com

Attorneys for Plaintiff
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MARIA R. METCALF,<br><br>Defendant. | Case No. 3:08-cv-00872-WQH-RBB<br><br>**PLAINTIFF AURORA LOAN SERVICES LLC'S REPLY BASED ON NON OPPOSITION TO ITS MOTION TO REMAND**<br><br>[28 U.S.C. § 1447(c)]<br><br>Date:         August 11, 2008<br>Time:         11:00 a.m.<br>Courtroom:   4<br><br>**NO ORAL ARGUMENT WILL BE HEARD [CivLR 7.1(d)1]** |

Plaintiff Aurora Loan Services LLC ("Aurora") has received no opposition from Defendant Maria R. Metcalf to Aurora's Motion to Remand under 28 U.S.C. section 1447(c), which is scheduled to be heard by this Court on August 11, 2008.

*United States District Court, Southern District of California Local Rule 7.1(e)(2)* requires an opposing party to file and serve opposition papers, or a written statement that the party does not oppose the motion. Aurora's Motion to Remand is set to be heard on August 11, 2008, and therefore, Defendant's opposition was due to be filed and served no later than July 28, 2008.

Because Aurora's Motion to Remand is well founded and unopposed, Aurora respectfully requests this Court grant its motion and remand the above captioned case.

/././

-1-
REPLY BASED ON NON OPPOSITION TO MOTION TO REMAND                                    1676565.wpd

| | | |
|---|---|---|
| 1 | Dated: July 29, 2008 | PITE DUNCAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Thomas N. Abbott |
| | | THOMAS N. ABBOTT |
| | | Attorneys for Defendants |
| 5 | | AURORA LOAN SERVICES LLC |
| | | E-mail: tabbott@piteduncan.com |

Aurora Loan Services v. Metcalf
United States District Court Southern District of California
**Case No(s). 3:08-cv-00872-WQH-RBB**

## DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200 San Diego, CA 92117.

On July 29, 2008, I electronically filed and served the following document(s):

**PLAINTIFF AURORA LOAN SERVICES LLC'S REPLY BASED ON NON OPPOSITION TO ITS MOTION TO REMAND**

on the parties in this action addressed as follows:

Maria R. Metcalf
954 Surrey Dr.
Bonita, CA 91902

__X__ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY CERTIFIED MAIL:** I placed a true copy in a sealed envelope addressed as indicated above via certified mail, return receipt requested.

_____ **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

_____ **BY FEDERAL EXPRESS:** I placed a true copy in a sealed Federal Express envelope addressed as indicated above. I am familiar with the firm's practice of collection and processing correspondence for Federal Express delivery and that the documents served are deposited with Federal Express this date for overnight delivery.

I declare under penalty of perjury under the laws of the State of     that the foregoing is true and correct.

Executed this 29th day of July, 2008, at San Diego, California.

*/s/ Valerie Blake*
VALERIE BLAKE

1677294.wpd